UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-23466-KMW

WINDY SMITH,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff WINDY SMITH, and Defendant AMAZON.COM SERVICES LLC, by and through their undersigned counsel, and pursuant to Local Rule 16.4, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order [Dkt. 18], hereby stipulate to the dismissal of the above-captioned action *with* prejudice. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' Confidential Settlement Agreement and Release. All parties consent to the form and content of this Joint Stipulation.

Respectfully submitted this 30th day of March, 2023.

| | |
|---|---|
| */s/ Peter Hoogerwoerd* | */s/ Jennifer Bullock* |
| Peter M. Hoogerwoerd, Esq. | Jennifer Bullock |
| Fla. Bar No.: 188239 | Florida Bar No. 866881 |
| pmh@rgpattorneys.com | jennifer.bullock@morganlewis.com |
| Corey L. Seldin, Esq. | Christina E. Folds |
| Fla. Bar. No.: 1026565 | Florida Bar No. 1031570 |
| cseldin@rgpattorneys.com | christina.folds@morganlewis.com |
| REMER & GEORGES-PIERRE, PLLC | Morgan, Lewis & Bockius LLP |
| COURTHOUSE TOWER | 600 Brickell Avenue, Suite 1600 |
| 44 West Flagler Street, Suite 2200 | Miami, FL 33131-3075 |
| Miami, FL 33130 | Telephone: 305.415.3000 |
| Telephone: (305) 416-5000 | Facsimile: 305.415.3001 |
| Facsimile: (305) 416-5005 | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 30, 2023, a copy of the foregoing document has been served through the Court's CM/ECF system upon on all counsel of record identified on the attached Service List.

                                                           */s/ Jennifer Bullock*
                                                           Jennifer Bullock

## SERVICE LIST

*/s/ Peter Hoogerwoerd*
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 188239
pmh@rgpattorneys.com
Corey L. Seldin, Esq.
Fla. Bar. No.: 1026565
cseldin@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC COURTHOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff*